## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00530-RPM-CBS

HOLLY FOURNIER,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

### NOTICE OF **SECOND** SUPPLEMENT TO UNOPPOSED MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR ENTRY OF JUDGMENT FOR THE PLAINTIFF AND AGAINST THE DEFENDANT

COMES NOW the Plaintiff by and through her counsel of record and for her Second Notice of Supplement states:

1.    Four additional weeks have passed since the Motion to Enforce Settlement and for Entry of Judgment for the Plaintiff and against the Defendant was filed with the Court on May 1, 2012, CM/ECF # 9, and the Plaintiff has not received any of the settlement funds from the Defendant as agreed.

2.    Pursuant to the Settlement Agreement and Mutual Release signed by the parties the Plaintiff is entitled to an additional $2,000.00 beyond the $5,500.00 requested in the Motion pursuant to numbered paragraph 2 of the Settlement Agreement and Mutual Release signed by the parties in this case and provided to the Court as Exhibit 1 to the Motion.

3.    For the reasons stated above and in the Motion as well as the First Supplement to the Motion and Exhibit 1 to the Motion the Court should enforce the

settlement entered into by the parties in this case and Order that Judgment shall enter in favor of the Plaintiff and against the Defendant in the amount of $7,500.00 plus post judgment interest and the Plaintiff's attorney's fees incurred in prosecuting this Motion.

Dated: May 29, 2012.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically filed the foregoing NOTICE OF **SECOND** SUPPLEMENT TO UNOPPOSED MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR ENTRY OF JUDGMENT FOR THE PLAINTIFF AND AGAINST THE DEFENDANT with the Clerk of the Court using the CM/ECF system and I mailed copies of the Notice via U.S. Mail, postage prepaid, addressed to:

Benjamin Hutnick, Esq.
Rachel Ommerman, Esq.
Berman & Rabin, PA
15280 Metcalf
Overland Park, KS 66223

and sent copies via email to:

rommerman@bermanrabin.com,
bhutnick@bermanrabin.com

___s/ David M. Larson_____